## SNYDER v MILLIGAN

Ohio Appeals, 9th Dist, Wayne Co

Decided April 17, 1936

Weiser & Weimer, Wooster, for appellant.
Weygandt & Ross, Wooster, for appellee.

For full opinion see 6 OO 292; 52 Oh
Ap 185.

## COMMUNITY TRACTION CO v NEORR

Ohio Appeals, 6th Dist, Lucas Co

Decided Feb 17, 1936

Welles, Kelsey & Cobourn, Toledo, for
plaintiff in error.

Brady & Gallagher, Toledo, for defendant in error.

For full opinion see 6 OO 294; 52 Oh
Ap 190.